UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. RAMSEY,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES and DOES 1 through 10,<br><br>             Defendants. | Case No.:  CV10-05592 CBM (SHx)<br><br>Complaint Filed: August 2, 2010<br><br>**SUPPLEMENTAL PROTECTIVE ORDER RE: PRODUCTION OF DOCUMENTS**<br><br>Date:      n/a<br>Time:      n/a<br>Judge:     Hon. Consuelo B. Marshall |

# **PROTECTIVE ORDER**

Having considered the parties' Stipulation Re: Protective Order for Production of Documents ("Stipulation"), and good cause appearing, the Court orders as follows:

1.    Plaintiff's counsel has contended that copies of Rescue Ambulance Journals for Fire Station No. 86 dating from September 2008 need to be produced in order for Plaintiff's counsel to calculate damages amounts for two Class Members, Sergio Parra and Sean Prian, so that appropriate amounts may be paid in settlement.

2.    Defendant is ordered promptly to produce copies of Rescue Ambulance Journals in its possession for Station No. 86 dating from September 2008 to Plaintiffs' counsel Deason & Archbold.  Because the Journals contain material that could come under the protection of California Civil Code section 56 et seq. or the Health Insurance Portability and Accountability Act ("HIPAA"), Plaintiff's counsel Deason & Archbold shall under all circumstances keep the Journals and information from them strictly confidential and not disclose the Journals or information from them to anyone – excepting only the scheduling information for Class Members Sergio Parra and Sean Prian to be used to calculate damages amounts owed to them pursuant to the settlement of this action.  The copies of the Journals produced may only be examined by the attorneys and staff at Deason & Archbold.  No copies, electronic images, or other duplicates of the Journals may be made, nor recording or transcription of any information in them aside from dates, times, and assignments for Class Members Sergio Parra and Sean Prian.  Plaintiff's counsel is prohibited from using the Journals or information from them for any purpose other than the instant litigation.

///

///

///

1      3.    Within 90 days of this Court's execution of this Order, Plaintiff's
2  counsel will return the Rescue Ambulance Journals in question to Defendant's
3  counsel for return to the City.
4      IT IS SO ORDERED.



6  DATED: April 29____, 2013    _____
7          HON. CONSUELO B. MARSHALL
        Judge of the United States District Court

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
Error! No text of specified style in document.

693197.1 LO160-040

3

[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER RE: PRODUCTION OF DOCUMENTS