JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___

David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
Matthew F. Archbold (CA SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517

Attorneys for Individual and Representative Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. RAMSEY,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV10-05592 CBM (SHx)<br><br>[COLLECTIVE ACTION PURSUANT TO 29 USC §216(b)]<br><br>[PROPOSED] ORDER JOINT STIPULATION FOR JUDGMENT<br><br>Complaint served: August 2, 2010<br><br>Date:　n/a<br>Time:　n/a<br>**Judge: Hon. Consuelo B. Marshall** |

/ / / / /

1

# [PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation for Judgment, the Court Orders the following:

1. The Settlement Agreement and Release executed by Class Members and the City, a copy of which was attached to the Stipulation for Judgment as Exhibit A, are ratified and approved by the Court and incorporated into this Judgment.

2. Each of the Class Members shall receive payment pursuant to the terms of the Settlement Agreement.

3. Pursuant to the terms of the Settlement Agreement, all claims for Class Members that executed the Settlement Agreement are dismissed with prejudice.

4. The claims of the remaining Class Members that did not have any qualifying workweeks, or whose damages were nominal, are dismissed without prejudice. These Class Members are identified as follows: Alexander Gonzalez, Phillip Hong, Sean Prian, Sergio Parra, Jason Rios, Timothy Rockey, Jamey Tanner, and Andre Zimbeck.

**IT IS SO ORDERED**

DATED: 12/5/2013

HONORABLE CONSUELO B. MARSHALL